# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

7800 W JEWELL LLC,                                    Civil Action No.: 18-cv-00773-PAB

      Plaintiff,

v.

TRUCK INSURANCE EXCHANGE,

      Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

Plaintiff, 7800 W JEWELL LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files its Notice of Voluntary Dismissal of Action Without Prejudice. Plaintiff will refile this action in state court.

**WHEREFORE**, Plaintiff, 7800 W Jewell LLC, hereby dismisses this action, without prejudice, each party to bear its own costs.

Respectfully submitted this 25th day of April, 2018.

                                          /s/ Jonathan E. Bukowski
                                          Larry E. Bache, Jr., Esq.
                                          Jonathan E. Bukowski, Esq.
                                          Merlin Law Group, PA
                                          1001 17th Street, Ste. 1150
                                          Denver, CO 80202
                                          Telephone: 720-665-9680
                                          Facsimile:  720-665-9681
                                          E-Mail: lbache@merlinlawgroup.com
                                          E-Mail: jbukowski@merlinlawgroup.com